[No. 547-3.    Division Three.    May 31, 1973.]

THE STATE OF WASHINGTON, *Respondent*, v. DEAN PHILLIPS, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 16397, Harry Hazel, J. Pro Tem., entered January 21, 1972. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Munson, J.

[No. 693-3.    Division Three.    June 4, 1973.]

THE STATE OF WASHINGTON, *Respondent*, v. MONTE PARKER, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 3508, John T. Day, J., entered July 27, 1972. *Affirmed* by unpublished per curiam opinion.

[No. 602-3.    Division Three.    June 4, 1973.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD PAUL COLLICOTT, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 16556, Carl L. Loy, J., entered March 31, 1972. *Affirmed* by unpublished per curiam opinion.

[No. 1238-1.    Division One—Panel 2.    June 4, 1973.]

ROBERT T. MAAG *et al.*, *Appellants*, v. ROBERT N. RUTHERFORD *et al.*, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 721163, Edward E. Henry, J., entered June 15, 1971. *Affirmed* by unpublished opinion per Williams, J., concurred in by Horowitz and Callow, JJ.